IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-227 |
| vs. | |
| RONALD ALOYIOUS FULLER, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

     This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 47). On October 21, 2013, the Court entered a Preliminary Order of Forfeiture (filing 31) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filings 25, 28, and 30. By way of the preliminary order of forfeiture, the defendant's interest in $2,373 in United States currency was forfeited to the United States. Filing 31.

     As directed by the order, a Notice of Criminal Forfeiture was posted beginning on October 22, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 46) was filed on February 3, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

     IT IS ORDERED:

     1.    The plaintiff's Motion for Final Order of Forfeiture (filing 47) is granted.

     2.    All right, title, and interest in and to the $2,373 in United States currency held by any person or entity are forever barred and foreclosed.

     3.    The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 4th day of February, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge